FILED

1  Victoria Dillihunt (Full Name)
2  dillihuntvictoria@yahoo.com (Email Address)
3  12035 S. Broadway #K (Address Line 1)
4  Los Angeles CA 90061 (Address Line 2)
5  213-638-5371 (Phone Number)
6  Plaintiff in Pro Per

Related DOJ

2023 FEB 15 PM 4: 26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Victoria Dillihunt,

Plaintiff,

vs.

Xi Jinping (China Communist Party)

_____

_____

_____

Defendant(s).

Case No.: CV23-1150-FMO (MAR)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☒Yes ☐ No

(*All paragraphs and pages must be numbered.*)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving rise to this complaint happened in this district

*Form prepared by Public Counsel.*
*© 2010, 2013 Public Counsel.*
*All rights reserved.*
*Revised: August 2013*

Page Number: 1

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3. Plaintiff Victoria Dillihunt resides at:
*(your full name)*
12035 S. Broadway #K
Los Angeles CA, 90061
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant Xi Jinping works at
*(full name of Defendant)*
Plot 3096 North Ring Road P.O. Box 1031 Gaborone, Botswana.
*(Defendant's place of work)*

Defendant's title or position is President
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☒ official capacity

This Defendant was acting under color of law because: He is a president who works with our Nation

5. Defendant _____ works at
*(full name of Defendant)*
_____
*(Defendant's place of work)*

Defendant's title or position is _____
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity            ☐ official capacity

This Defendant was acting under color of law because: _____

## Congressional Record--Appendix, pp. A34-A35
## Current Communist Goals

EXTENSION OF REMARKS OF HON. A. S. HERLONG, JR. OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
Thursday, January 10, 1963

*Mr. HERLONG.* Mr. Speaker, Mrs. Patricia Nordman of De Land, Fla., is an ardent and articulate opponent of communism, and until recently published the De Land Courier, which she dedicated to the purpose of alerting the public to the dangers of communism in America.

At Mrs. Nordman's request, I include in the RECORD, under unanimous consent, the following "Current Communist Goals," which she identifies as an excerpt from "The Naked Communist," by Cleon Skousen:

### CURRENT COMMUNIST GOALS

1. U.S. acceptance of coexistence as the only alternative to atomic war.

2. U.S. willingness to capitulate in preference to engaging in atomic war.

3. Develop the illusion that total disarmament [by] the United States would be a demonstration of moral strength.

4. Permit free trade between all nations regardless of Communist affiliation and regardless of whether or not items could be used for war.

5. Extension of long-term loans to Russia and Soviet satellites.

6. Provide American aid to all nations regardless of Communist domination.

7. Grant recognition of Red China. Admission of Red China to the U.N.

8. Set up East and West Germany as separate states in spite of Khrushchev's promise in 1955 to settle the German question by free elections under supervision of the U.N.

9. Prolong the conferences to ban atomic tests because the United States has agreed to suspend tests as long as negotiations are in progress.

10. Allow all Soviet satellites individual representation in the U.N.

11. Promote the U.N. as the only hope for mankind. If its charter is rewritten, demand that it be set up as a one-world government with its own independent armed forces. (Some Communist leaders believe the world can be taken over as easily by the U.N. as by Moscow. Sometimes these two centers compete with each other as they are now doing in the Congo.)

12. Resist any attempt to outlaw the Communist Party.

13. Do away with all loyalty oaths.

14. Continue giving Russia access to the U.S. Patent Office.

15. Capture one or both of the political parties in the United States.

16. Use technical decisions of the courts to weaken basic American institutions by claiming their activities violate civil rights.

17. Get control of the schools. Use them as transmission belts for socialism and current Communist propaganda. Soften the curriculum. Get control of teachers' associations. Put the party line in textbooks.

18. Gain control of all student newspapers.

19. Use student riots to foment public protests against programs or organizations which are under Communist attack.

20. Infiltrate the press. Get control of book-review assignments, editorial writing, and policymaking positions.


Page 3

Exhibit "Treason (B)"

21. Gain control of key positions in radio, TV, and motion pictures.

22. Continue discrediting American culture by degrading all forms of artistic expression. An American Communist cell was told to "eliminate all good sculpture from parks and buildings, substitute shapeless, awkward and meaningless forms."

23. Control art critics and directors of art museums. "Our plan is to promote ugliness, repulsive, meaningless art."

24. Eliminate all laws governing obscenity by calling them "censorship" and a violation of free speech and free press.

25. Break down cultural standards of morality by promoting pornography and obscenity in books, magazines, motion pictures, radio, and TV.

26. Present homosexuality, degeneracy and promiscuity as "normal, natural, and healthy."

27. Infiltrate the churches and replace revealed religion with "social" religion. Discredit the Bible and emphasize the need for intellectual maturity which does not need a "religious crutch."

28. Eliminate prayer or any phase of religious expression in the schools on the ground that it violates the principle of "separation of church and state." (Remember these goals were published to expose them in 1958) Coincidence?

29. Discredit the American Constitution by calling it inadequate, old-fashioned, out of step with modern needs, a hindrance to cooperation between nations on a worldwide basis.

30. Discredit the American Founding Fathers. Present them as selfish aristocrats who had no concern for the "common man."

31. Belittle all forms of American culture and discourage the teaching of American history on the ground that it was only a minor part of the "big picture." Give more emphasis to Russian history since the Communists took over.

32. Support any socialist movement to give centralized control over any part of the culture--education, social agencies, welfare programs, mental health clinics, etc.

33. Eliminate all laws or procedures, which interfere with the operation of the Communist apparatus.

34. Eliminate the House Committee on Un-American Activities.

35. Discredit and eventually dismantle the FBI.

36. Infiltrate and gain control of more unions.

37. Infiltrate and gain control of big business.

38. Transfer some of the powers of arrest from the police to social agencies. Treat all behavioral problems as psychiatric disorders which no one but psychiatrists can understand [or treat].

39. Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist goals.

40. Discredit the family as an institution. Encourage promiscuity and easy divorce.

41. Emphasize the need to raise children away from the negative influence of parents. Attribute prejudices, mental blocks and retarding of children to suppressive influence of parents.

42. Create the impression that violence and insurrection are legitimate aspects of the American tradition; that students and special-interest groups should rise up and use ["] united force ["] to solve economic, political or social problems.

43. Overthrow all colonial governments before native populations are ready for self-government.

44. Internationalize the Panama Canal.

45. Repeal the Connally reservation so the United States cannot prevent the World Court from seizing jurisdiction [over domestic problems. Give the World Court jurisdiction] over nations and individuals alike.


page 4

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

6. Revelations 12:1-17 says ① And there appeared a great wonder in heaven; a woman clothed with the sun, and the moon under her feet, and upon her head a crown of twelve stars: ② And she being with child cried, travailing in birth, and pained to be delivered. ③ And there appeared another wonder in heaven; and behold a great red dragon, having seven

7. heads and ten horns, and seven crowns upon his head. ④ And his tail drew the third part of the stars of heaven, and did cast them to the earth: and the dragon stood before the woman which was ready to be delivered, for to devour her child as soon as it was born. ⑤ And she brought forth a man child, who was to rule all nations

8. with a rod of iron: and her child was caught up unto God, and to his throne. ⑥ And the woman fled into the wilderness, where she hath a place prepared of GOD, that they should feed here there a thousand two hundred and threescore days. ⑦ And there was a war in heaven: Michael and his angels fought against the dragon; and the dragon fought and his angels, ⑧ And prevailed not; neither was their place found any more in heaven. ⑨ And the great dragon was cast out, that old

Page Number 5

Civil Rights Complaint Pursuant to U.S.C. § 1983

9. serpent, called the Devil, and Satan, which deceiveth the whole world: he was cast out into the earth, and his angels were cast out with him. ⑩ And I heard a loud voice saying in heaven, Now is come salvation, and strength, and the kingdom of our GOD, and the power of his Christ: for the accuser of our brethren is cast down, which accused them before our GOD day and night. ⑪ And they overcame him by the blood of the Lamb, and by the word of their testimony; and they loved

10. not their lives unto the death. ⑫ Therefore rejoice, ye heavens, and ye that dwell in them. Woe to the inhabiters of the earth and of the sea! for the devil is come down unto you, having great wrath, because he knoweth that he hath but a short time. ⑬ And when the dragon saw that he was cast unto the earth, he persecuted the woman which brought forth the man child. ⑭ And to the woman were given two wings of a great eagle, that she might fly into the wilderness, into

11. her place, where she is nourished for a time, and times, and half a time, from the face of the serpent. ⑮ And the serpent cast out of his mouth water as a flood after the woman, that he might cause her to be carried away of the flood. ⑯ And the earth helped the woman, and the earth opened her mouth, and swallowed up the flood which the dragon cast out of his mouth. ⑰ And the dragon was wroth with the woman, and went to make war with the remnant of her seed, which keep the commandments of God, and have the testimony of Jesus Christ.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

12. Revelations 13:1-18 says ① And I stood upon the sand of the sea, and saw a beast rise up out of the sea, having seven heads and ten horns, and upon his horns ten crowns, and upon his heads the name of blasphemy. ② And the beast which I saw was like unto a leopard, and his feet were as the feet of a bear, and his mouth as the mouth of a lion: and the dragon gave him his power,

13. and his seat, and great authority. ③ And I saw one of his heads as it were wounded to death; and his deadly wound was healed: and all the world wondered after the beast. ④ And they worshipped the dragon which gave power unto the beast: and they worshipped the beast, saying, Who is like unto the beast? Who is able to make war with him? ⑤ And there was given

14. unto him a mouth speaking great things and blasphemies; and power was given unto him to continue forty and two months. ⑥ And he opened his mouth in blasphemy against GOD, to blaspheme his name, and his tabernacle, and them that dwell in heaven. ⑦ And it was given unto him to make war with the saints, and to overcome them: and power was given him over all kindreds, and tongues, and nations. ⑧ And all that dwell upon the earth shall worship him, whose names are not written in the book of life of the Lamb

Civil Rights Complaint Pursuant to U.S.C. § 1983

15. slain from the foundation of the world. (9) If any man have an ear, let him hear. (10) He that leadeth into captivity shall go into captivity: he that killeth with the sword must be killed with the sword. Here is the patience and the faith of the saints. (11) And I beheld another beast coming up out of the earth; and he had two horns like a lamb, and he spake as a dragon. (12) And he exerciseth all the power of the first beast before him, and causeth the earth and

16. which dwell therein to worship the first beast, whose deadly wound was healed. (13) And he doeth great wonders, so that he maketh fire come down from heaven on the earth in the sight of men, (14) And deceiveth them that dwell on the earth by the means of those miracles which he had power to do in the sight of the beast; saying to them that dwell on the earth, that they should make an image to the beast, which had the wound by a sword, and did live.

17. (15) And he had power to give life unto the image of the beast, that the image of the beast should both speak, and cause that as many as would not worship the image of the beast should be killed. (16) And he causeth all, both small and great, rich and poor, free and bond, to receive a mark in their right hand, or in their foreheads: (17) And that no man might buy or sell, save he that had the mark, or the name of the beast, or the number of his name. (18) Here is wisdom. Let him that hath understanding count the number of the beast: for it is the number of a man; and his number is Six hundred threescore and six.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

18. Revelation 17:1-18 says ① And there came one of the seven angels which had the seven vials, and talked with me, saying unto me, Come hither; I will show unto thee the judgement of the great whore that sitteth upon many waters. ② With whom the kings of the earth have committed fornication, and the inhabitants of the earth have been made drunk with the wine of her fornication. ③ So he carried me away in the

19. Spirit into the wilderness: and I saw a woman sit upon a scarlet coloured beast, full of names of blasphemy, having seven heads and ten horns. ④ And the woman was arrayed in purple and scarlet colour, and decked with gold and precious stones and pearls, having a golden cup in her hand full of abominations and filthiness of her fornication. ⑤ And upon her forehead was a name written MYSTERY,

20. THE GREAT, THE MOTHER OF HARLOTS AND ABOMINATIONS OF THE EARTH. ⑥ And I saw the woman drunken with the blood of the saints, and with the blood of the martyrs of Jesus: and when I saw her, I wondered with great admiration. ⑦ And the angel said unto me, Wherefore didst thou marvel? I will tell thee the mystery of the woman, and of the beast that carrieth her, which hath the seven heads and ten horns. ⑧ The beast that thou sawest was, and is not, and shall ascend out of the bottomless pit, and go into perdition: and they that

Civil Rights Complaint Pursuant to U.S.C. § 1983

21. dwell on the earth shall wonder, whose names were not written in the book of life from the foundation of the world, when they behold the beast that was, and is not, and yet is. ⑨ And here is the mind which hath wisdom. The seven heads are seven mountains, on which the woman sitteth. ⑩ And there are seven kings: five are fallen, and one is, and the other is not yet come; and when he cometh, he must continue a short space. ⑪ And the beast that

22. was, and is not, even he is the eighth, and is of the seven, and goeth into perdition. ⑫ And the ten horns which thou are ten kings, which have received no kingdom as yet; but receive power as kings one hour with the beast. ⑬ These have one mind, and shall give their power and strength unto the beast. ⑭ These make war with the Lamb, and the Lamb shall overcome them: for he is Lord of lords, and King of kings: and they that are with him are called,

23. and chosen, and faithful. ⑮ And he saith unto me, The waters which thou sawest, where the whore sitteth, are peoples, and multitudes, and nations, and tongues. ⑯ And the ten horns which thou sawest upon the beast, these shall hate the whore, and shall make her desolate and naked, and shall eat her flesh, and burn her with fire. ⑰ For GOD hath put in their hearts to fulfil his will, and to agree, and give their kingdom unto the beast, until the words of GOD shall be fulfilled.

Civil Rights Complaint Pursuant to U.S.C. § 1983

24. (13) And the woman which thou sawest is that great city, which reigneth over the kings of the earth. REVELATIONS 18:1-24 says (1) And after these things I saw another angel come down from heaven, having great power; and the earth was lightened with his glory. (2) And he cried mightily with a strong voice, saying, Babylon the great is fallen, is fallen, and is become the habitation of devils, and the hold

25. of every foul spirit, and a cage of every unclean and hateful bird. (3) For all nations have drunk of the wine of the wrath of her fornication, and the kings of the earth have committed fornication with her, and the merchants of the earth are waxed rich through the abundance of her delicacies. (4) And I heard another voice from heaven, saying, Come out of her, my people, that ye be not partakers of her

26. sins, and that ye receive not of her plagues. (5) For her sins have reached unto heaven, and God hath remembered her iniquities. (6) Reward her even as she rewarded you, and double unto her double according to her works: in the cup which she hath filled fill to her double. (7) How much she hath glorified herself, and lived deliciously, so much torment and sorrow give her: for she saith in her heart, I sit a queen, and am no widow, and shall see no sorrow. (8) Therefore,

Civil Rights Complaint Pursuant to U.S.C. § 1983

27. shall her plagues come in one day, death, and mourning, and famine; and she shall be utterly burned with fire: for strong is the LORD GOD who judgeth her. ⑨ And the kings of the earth, who have committed fornication and lived deliciously with her, shall bewail her, and lament for her, when they shall see smoke of her burning, ⑩ Standing afar off for the fear of her torment, saying, Alas, alas,

28. that great city Babylon, that mighty city! for in one hour is thy judgement come. ⑪ And the merchants of the earth shall weep and mourn over her; for no man buyeth their merchandise any more: ⑫ The merchandise of gold, and silver, and precious stones, and of pearls, and fine linen, and purple, and silk, and scarlet, and all thyine wood, and all manner vessels of ivory, and all manner vessels of most precious wood,

29. and of brass, and iron, and marble. ⑬ And cinnamon, and odours, and ointments, and frankincense, and wine, and oil, and fine flour, and wheat, and beasts, and sheep, and horses, and chariots, and slaves, and souls of men ⑭ And the fruits that thy soul lusted after are departed from thee, and all things which were dainty and goodly are departed from thee, and thou shalt find them no more at all. ⑮ The merchants of these things, which were made rich by her, shall stand afar off for the fear

Civil Rights Complaint Pursuant to U.S.C. § 1983

30. of her torment, weeping and wailing, (16) And saying, Alas, alas, that great city, that was clothed in fine linen, and purple, and scarlet, and decked with gold, and precious stones, and pearls! (17) For in one hour so great riches is come to nought. And every shipmaster, and all the company in ships, and sailors, and as many as trade by sea, stood afar off, (18) And cried when they saw the smoke of her burning, saying, What city

31. is like unto this great city! (19) And they cast dust on their heads, and cried, weeping and wailing, saying, Alas, alas, that great city, wherein were made rich all that had ships in the sea by reason of her costliness! For in one hour is she made desolate. (20) Rejoice over her, thou heaven, and ye holy apostles and prophets; for GOD hath avenged you on her. (21) And a mighty angel took up a stone like a great millstone, and cast it into the sea, saying, Thus

32. with violence shall that great city Babylon be thrown down, and shall be found no more at all. (22) And the voice of harpers, and musicians, and of pipers, and trumpeters, shall be heard no more at all in thee; and no craftsman, of whatsoever craft he be, shall be found any more in thee; and the sound of a millstone shall be heard no more at all in thee, (23) And the light of a candle shall shine no more at all in thee; and the voice of the bridegroom and of the bride shall be heard no more at all in thee: for

13
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

33. thy merchants were the great men of the earth; for by thy sorceries were all nations deceived. ㉑ And in her was found the blood of prophets, and of the saints, and of all that were slain upon the earth.
REVELATIONS 19:1-21 says ① And after these things I heard a great voice of much people in heaven, saying, Alleluia; Salvation, and glory, and honour, and power, unto the LORD our GOD: ② For true and

34. righteous are his judgements: for he hath judged the great whore, which did corrupt the earth with her fornication, and hath avenged the blood of his servants at her hand. ③ And again they said, Alleluia. And her smoke rose up for ever and ever. ④ And the four beasts fell down and worshipped GOD that sat on the throne, saying, Amen; Alleluia. ⑤ And a voice came out of the throne, saying, Praise our GOD, all

35. ye his servants, and ye that fear him, both small and great. ⑥ And I heard as it were the voice of a great multitude, and as the voice of many waters, and as the voice of mighty thunderings, saying, Alleluia: for the LORD GOD omnipotent reigneth ⑦ Let us be glad and rejoice, and give honour to him: for the marriage of the Lamb is come, and his wife hath made herself ready. ⑧ And to her was granted that she should be arrayed in fine linen, clean and

14

36. white: for the fine linen is the righteousness of saints. ⑨And he saith unto me, Write, Blessed are they which are called unto the marriage supper of the Lamb. And he saith unto me, These are the true sayings of GOD. ⑩And I fell at his feet to worship him. And he said unto me, See thou do it not: I am thy fellowservant, and of thy brethren that have the testimony of Jesus: worship GOD: for the

37. testimony of Jesus is the spirit of prophecy. ⑪And I saw heaven opened, and behold a white horse; and he that sat upon him was called Faithful and True, and in righteousness he doth judge and make war. ⑫His eyes were as a flame of fire, and on his head were many crowns; and he had a name written, that no man knew, but he himself. ⑬And he was clothed with a vesture dipped in blood: and his name is called The

38. Word of GOD. ⑭And the armies which were in heaven followed him upon white horses, clothed in fine linen, white and clean. ⑮And out of his mouth goeth a sharp sword, that with it he should smite the nations: and he shall rule them with a rod of iron: and he treadeth the winepress of the fierceness and wrath of Almighty GOD. ⑯And he hath on his vesture and on his thigh a name written, KING OF KINGS, AND LORD OF LORDS. ⑰And I saw an angel standing in the sun; and he cried with a

39. loud voice, saying to all the fowls that fly in the midst of heaven, Come and gather yourselves together unto the supper of the great GOD; (19) That ye may eat the flesh of kings, and the flesh of captains, and the flesh of mighty men, and the flesh of horses, and of them that sit on them, and the flesh of all men, both free and bond, both small and great. (19) And I saw the beast, and

40. the kings of the earth, and their armies, gathered together to make war against him that sat on the horse, and against his army. (20) And the beast was taken, and with him the false prophet that wrought miracles before him, with which he deceived them that had received the mark of the beast, and them that worshipped his image. These both were cast alive into a lake of fire burning with brimstone. (21) And the

41. remnant were slain with the sword of him that sat upon the horse, which sword proceeded out of his mouth: and all the fowls were filled with their flesh.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

42. Plaintiff realleges and incorporates by reference all of the paragraphs above.

43. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right: Amendment 1: Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech...

44. The above civil right was violated by the following Defendants: Xi Jinping

(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)

45. 45 points of Communism, deceiving his allies through foreign exchange policies, etc

46. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way: He has violated the freedom of Religion by using a demonic agenda to ensnare Christianity which has bound the entire world from true freedom

17
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

47. That United States of America hold Communist President Accountable for deception of the entire world

48. All Debts be eradicated and All 5 claims be used as the weight to Hold China Responsible & US and other nations debts be lifted

49. All the parties involved have to be destroyed.

Dated: 2/15/2023
Sign: [signature]
Print Name: Victoria Dillihunt

18
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 2/15/2023

Sign: _/s/ Victoria Dillihunt_

Print Name: Victoria Dillihunt